United States District Court
Southern District of Texas
**ENTERED**
January 22, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Terry Wayne Hughes, | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-17-3451 |
| | § | |
| National Credit Adjusters, L.L.C. | § | |
| Defendant | § | |

**ORDER ON ENTRY OF DEFAULT AND SETTING DEADLINE FOR SUBMISSION OF DOCUMENTS ON DAMAGES AND FEES**

The plaintiff, Terry Wayne Hughes, has moved for entry of default against the defendant, National Credit Adjusters, L.L.C, in this Fair Debt Collections Act suit. The defendant was served but has failed to answer the complaint as required by Rule 12, Fed. R. Civ. P., or otherwise appear, making entry of default proper. The motion for entry of default, Docket Entry No. 9, is granted. No later than February 16, 2018, the plaintiff and his counsel must file documents and affidavits setting out and substantiating the damages and any attorneys' fees he seeks.

SIGNED on January 22, 2018, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge